| | |
|---|---|
| 1 | **DICKINSON WRIGHT PLLC** |
| | Justin J. Bustos, Nevada Bar No. 10320 |
| 2 | 100 West Liberty Street, Suite 940 |
| | Reno, NV 89501-1991 |
| 3 | Tel: (775) 343-7503 |
| | Email: JBustos@DickinsonWright.com |
| 4 | |
| | **COOLEY LLP** |
| 5 | Sarah Lightdale  (will comply with LR IA 11-2 within 14 days) |
| | Kaitland Kennelly (will comply with LR IA 11-2 within 14 days) |
| 6 | Amanda Liverzani (will comply with LR IA 11-2 within 14 days) |
| | 55 Hudson Yards |
| 7 | New York, NY 10001 |
| | Tel: (212) 479-6000 |
| 8 | Email: slightdale@cooley.com |
| | Email: kkennelly@cooley.com |
| 9 | Email: aliverzani@cooley.com |

Alexandra Rex Mayhugh (will comply with LR IA 11-2 within 14 days)
Wells Fargo Center, South Tower
355 South Grand Avenue, Suite 900
Los Angeles, CA  90071
Tel:  (213) 561-3250
Email: amayhugh@cooley.com

*Attorneys for Plaintiff Mind Medicine (MindMed), Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIND MEDICINE (MINDMED) INC., a British Columbia Corporation; | CASE NO.  2:23-cv-01354-MMD-EJY |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME FOR PLAINTIFF TO OPPOSE FCM MM HOLDINGS, LLC'S MOTION TO DISMISS [ECF NO. 13]** |
| SCOTT FREEMAN, an individual, and FCM MM HOLDINGS, LLC, a Wyoming Limited Liability Company; | |
| Defendants. | **(First Request)** |

Plaintiff Mind Medicine (MindMed) Inc. ("MindMed") and Defendant FCM MM Holdings, LLC ("FCM"), by and through their respective counsel of record, stipulate and agree as follows:

1. On September 6, 2023, FCM filed its sealed Motion to Dismiss (ECF No. 13).

2. In order to accommodate the scheduling conflicts of Plaintiff's counsel, the parties have agreed to a one-week extension of the deadline for Plaintiff to file its opposition to the Motion to Dismiss.

3. The parties therefore stipulate that Plaintiff may have until September 27, 2023, to file its opposition to the Motion to Dismiss.

4. This is the first request for an extension of time for Plaintiff to respond to the Motion to Dismiss. This stipulation is made in good faith to allow Plaintiff time to fully and professionally brief the issues raised in the Motion to Dismiss and not for the purpose of delay.

DATED this 13th day of September, 2023.   DATED this 13th day of September, 2023.

**DICKINSON WRIGHT PLLC**   **HOLLAND AND HART LLP**

/s/ *Justin J. Bustos*   /s/ *Robert J. Cassity*
JUSTIN J. BUSTOS   ROBERT J. CASSITY
Nevada Bar No. 10320   Nevada Bar No. 9779
jbustos@dickinsonwright.com   bcassity@hollandhart.com
100 W. Liberty Street, Suite 940   ERICA C. MEDLEY
Reno, Nevada 89501   Nevada Bar No. 13959
Tel.: (775) 343-7503   ecmedley@hollandhart.com
Fax: (844) 670-6009   9555 Hillwood Drive, 2nd Floor
   Las Vegas, NV 89134
   Tel: (702) 669-4600
   Fax: (702) 669-4650

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of September, 2023.