Robert J. Cassity
Nevada Bar No. 9779
Erica C. Medley
Nevada Bar No. 13959
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
bcassity@hollandhart.com
ecmedley@hollandhart.com

*Attorneys for FCM MM Holdings, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MIND MEDICINE (MINDMED) INC., a British Columbia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT FREEMAN, an individual, and FCM MM HOLDINGS, LLC, a Wyoming Limited Liability Company,<br><br>Defendants. | Case No.: 2:23-cv-01354-MMD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT FCM MM HOLDINGS, LLC TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS [ECF NO. 13]**<br><br>**(First Request)** |

Defendant FCM MM Holdings, LLC ("FCM" or "Defendant"), and Plaintiff Mind Medicine (MindMed) Inc., ("MindMed") by and through their respective counsel of record, stipulate and agree as follows:

1. On September 6, 2023, FCM filed its sealed Motion to Dismiss (ECF No. 13).

2. On September 13, 2023 the parties stipulated to an extension of time for MindMed to file its response to the Motion to Dismiss (ECF No. 17).

3. On September 27, 2023, MindMed filed its Opposition to FCM's Motion to Dismiss (ECF No. 33).

4. FCM's Reply in support of its Motion to Dismiss is currently due on Wednesday, October 4, 2023.

5. In order to accommodate scheduling conflicts of FCM's counsel and to provide sufficient time for FCM's counsel to review the Opposition and prepare its reply, the parties have agreed to an extension of the deadline for FCM to file its Reply in Support of its Motion to Dismiss.

6. The parties therefore stipulate that FCM may have until October 13, 2023, to file its Reply in support of its Motion to Dismiss.

7. This is the first request for an extension of time for FCM to file a Reply in support of its Motion to Dismiss. This stipulation is made in good faith and to allow FCM time to fully and professionally brief the issues raised in the Opposition to the Motion to Dismiss and is not made for purposes of delay.

| | |
|---|---|
| DATED this 29th day of September 2023. | DATED this 29th day of September 2023. |
| **HOLLAND & HART LLP** | **DICKINSON WRIGHT PLLC** |
| /s/ Robert J. Cassity | /s/ Justin J. Bustos |
| Robert J. Cassity<br>Erica C. Medley<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134 | Justin J. Bustos<br>Nevada Bar No. 10320<br>100 W. Liberty Street, Suite 940<br>Reno, NV 89501<br>Tel: (775) 343-7503<br>Fax: (844) 670-6009<br>jbustos@ickinsonwright.com |
| *Attorneys for FCM MM Holdings, LLC* | *Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 2, 2023

Case No.: 2:23-cv-01354-MMD-EJY

2