UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MIND MEDICINE (MINDMED) INC., a British Columbia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT FREEMAN, an individual, and FCM MM HOLDINGS, LLC, a Wyoming Limited Liability Company,<br><br>Defendants. | Case No. 2:23-cv-01354-MMD-EJY<br><br>**ORDER** |

Pending before the Court is the Motion to Provisionally Seal (ECF No. 49). The Court notes when documents are filed under seal, concomitant with a motion to seal, the documents are automatically provisionally sealed. To the extent the parties seek to brief whether Defendant's filed and provisionally sealed documents shall remain sealed, the request is granted.

IT IS HEREBY ORDERED that the Motion to Provisionally Seal (ECF No. 49) is DENIED as moot. The documents filed under seal at ECF Nos. 50-59 (duplicative documents based on the two bases for Defendant Scott Freeman's Motion to Dismiss) are already provisionally sealed.

IT IS FURTHER ORDERED that the parties must meet and confer, in earnest, **no later than October 24, 2023** to discuss what, if any, agreement can be reached regarding what documents should remain sealed. This is not a matter of who prevails on dispositive motion practice; rather, the meet and confer must work toward the goal of limiting or eliminating the extent of the dispute the Court must resolve.

IT IS FURTHER ORDERED that to the extent the parties cannot reach agreement on sealing documents, Defendant Freeman **must** file his motion in support of sealing documents no later than **November 1, 2023**. Plaintiff's response is due **no later than November 15, 2023**, and Defendant Freeman's reply is due **no later than November 22, 2023**.

Dated this 17th day of October, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE