UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MIND MEDICINE (MINDMED) INC., a British Columbia Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SCOTT FREEMAN, an individual, and FCM MM HOLDINGS, LLC, a Wyoming Limited Liability Company,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-01354-MMD-EJY<br><br>**ORDER** |

　　　Pending before the Court is Scott Freeman's Motion to Provisionally Seal his (1) Rule 12(b)(6) Motion to Dismiss and (2) Motion to Consolidate Case. ECF No. 66. As previously explained, documents filed under seal are automatically provisionally sealed. There is no need to file a motion to provisionally seal this or any document for which sealing is requested, even if sealing is disputed. *See* ECF No. 61.

　　　Accordingly, IT IS HEREBY ORDERED that Scott Freeman's Motion to Provisionally Seal his (1) Rule 12(b)(6) Motion to Dismiss and (2) Motion to Consolidate Case (ECF No. 66) is DENIED as moot.

　　　IT IS FURTHER ORDERED that the parties must meet and confer regarding the documents and/or information sought to be sealed. If agreement can be reached, the parties must file a stipulation to seal. If agreement cannot be reached, the parties must file a single notice and request for ruling in which each document or piece of information is identified and the parties' relative positions are succinctly discussed.

　　　IT IS FURTHER ORDERED that the stipulation or notice and request for ruling **must** be filed no later than **November 22, 2023**.

　　　Dated this 21st day of October, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE