Robert J. Cassity
Nevada Bar No. 9779
Erica C. Medley
Nevada Bar No. 13959
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
bcassity@hollandhart.com
ecmedley@hollandhart.com

*Attorneys for FCM MM Holdings, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIND MEDICINE (MINDMED) INC., a British Columbia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT FREEMAN, an individual, and FCM MM HOLDINGS, LLC, a Wyoming Limited Liability Company,<br><br>Defendants. | Case No.: 2:23-cv-01354-MMD-EJY<br><br>**DEFENDANT FCM MM HOLDINGS, LLC'S JOINDER TO SCOTT FREEMAN'S ANTI-SLAPP SPECIAL MOTION TO DISMISS (ECF NO. 75)** |

Defendant FCM MM Holdings, LLC ("FCM" or "Defendant"), by and through its attorneys, Holland & Hart LLP, respectfully joins in Defendant Scott Freeman's Anti-SLAPP Special Motion to Dismiss (ECF No. 75). On September 6, 2023, FCM filed its own Motion to Dismiss on grounds of lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2), failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6), and pursuant to Nevada's anti-SLAPP statutes NRS 41.660. *See* ECF No. 13. Dr. Freeman's Anti-SLAPP Special Motion to Dismiss presents additional grounds upon which Plaintiff's claims should be dismissed under Nevada's anti-SLAPP statutes, including that (1) the Separation Agreement is unenforceable for lack of consideration and fraudulent inducement (ECF No. 75, at 35-36); (2) there was no breach of the Separation Agreement (*id.* at 36-40); (3) MindMed first breached the Separation Agreement, thereby discharging Dr. Freeman's duty to perform (*id.* at 41-42); and (4) MindMed suffered no damages and is barred by the doctrine of laches (*id.* at 42-45). Because these arguments also support

dismissal of the claims as to FCM, FCM hereby joins in all of the legal arguments set forth in Dr. Freeman's Anti-SLAPP Special Motion to Dismiss and requests that the same be granted.

DATED this 3rd day of November 2023.

**HOLLAND & HART LLP**

*/s/ Robert J. Cassity*
Robert J. Cassity
Erica C. Medley
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for FCM MM Holdings, LLC*

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2023, a true and correct copy of the foregoing **DEFENDANT FCM MM HOLDINGS, LLC'S JOINDER TO SCOTT FREEMAN'S ANTI-SLAPP SPECIAL MOTION TO DISMISS (ECF NO. 75)** was served by the following method(s):

☒ Electronic: by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

| | |
|---|---|
| Justin J. Bustos<br>**DICKINSON WRIGHT PLLC**<br>100 West Liberty Street, Suite 940<br>Reno, NV 89501<br>jbustos@dickinson-wright.com | Daniel F. Polsenberg<br>Abraham G. Smith<br>Lauren D. Wigginton<br>**LEWIS ROCA ROTHGERBER CHRISTIE LLP**<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>DPolsenberg@LewisRoca.com<br>ASmith@LewisRoca.com<br>LWigginton@LewisRoca.com |
| Gabriel A. Blumberg<br>**DICKINSON WRIGHT PLLC**<br>3883 Howard Hughes Parkway, Suite 800<br>Las Vegas, NV 89169<br>gblumberg@dickinson-wright.com | *Attorneys for Defendant Scott Freeman* |

Alexandra Rex Mayhugh
**COOLEY LLP**
Wells Fargo Center, South Tower
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071
amayhugh@cooley.com

Sarah Lightdale
Kaitland Kennelly
Amanda Liverzani
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
slightdale@cooley.com
kkennelly@cooley.com
aliverzani@cooley.com

*Attorneys for Plaintiff*

                                                  */s/ Kristina R. Cole*
                                                  An Employee of Holland & Hart LLP

30823318_v1