**DICKINSON WRIGHT PLLC**
Justin J. Bustos, Nevada Bar No. 10320
Email: JBustos@dickinsonwright.com
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Tel: (775) 343-7500
Fax: (844) 670-6009

Gabriel A. Blumberg, Nevada Bar No. 12332
Email: GBlumberg@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: (702) 550-4400
Fax: (844) 670-6009

**COOLEY LLP**
Sarah Lightdale (pro hac vice)
Kaitland Kennelly (pro hac vice)
Amanda Liverzani (pro hac vice)
Email: slightdale@cooley.com
Email: kkennelly@cooley.com
Email: aliverzani@cooley.com
55 Hudson Yards
New York, NY 10001
Tel: (212) 479-6000
Fax: (212) 479-6275

Alexandra Rex Mayhugh (pro hac vice)
Email: amayhugh@cooley.com
Wells Fargo Center, South Tower
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071
Tel: (213) 561-3250
Fax: (213) 561-3244

*Attorneys for Plaintiff Mind Medicine (MindMed), Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MIND MEDICINE (MINDMED) INC., a British Columbia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT FREEMAN, an individual and FCM MM HOLDINGS, LLC a Wyoming Limited Liability Company,<br><br>Defendants. | Case No. 2:23-cv-01354<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT SCOTT FREEMAN'S RULE 12(b)(6) MOTION TO DISMISS [ECF NO. 67], MOTION TO CONSOLIDATE CASES UNDER FRCP 42(a) AND LR 42-1(b) [ECF NO. 68], AND ANTI-SLAPP SPECIAL MOTION TO DISMISS [ECF NO. 75]**<br><br>**(First Request)** |

Plaintiff Mind Medicine (MindMed) Inc. ("MindMed") and Defendant Scott Freeman, by and through their respective counsel of record, stipulate and agree as follows:

1. On October 20, 2023, Scott Freeman filed his sealed Rule 12(b)(6) Motion to Dismiss (ECF No. 67).

2. On October 20, 2023, Scott Freeman filed his sealed Motion to Consolidate Cases Under FRCP 42(a) And LR 42-1(b) (ECF No. 68).

3. On October 31, 2023, Scott Freeman filed his Anti-SLAPP Special Motion to Dismiss (ECF No. 75).

4. The parties have conferred and stipulate to the following briefing schedule for all three motions (ECF Nos. 67, 68, and 75):

    a. MindMed's opposition briefs shall be filed on or before December 5, 2023;

    b. Dr. Freeman's reply briefs shall be filed on or before January 10, 2024.

5. The parties respectfully submit that this briefing schedule is warranted in order to give counsel sufficient time to fully brief the numerous complex issues raised by Dr. Freeman. For example, Dr. Freeman's Motion to Consolidate (ECF No. 68) is eighteen pages in length and makes extensive references to a lawsuit pending before Judge Boulware, *Freeman v. Hurst*, Case No. 2:22-cv-01433-RFB-VCM. The Rule 12(b)(6) Motion to Dismiss (ECF No. 67) is twenty-four pages in length and raises numerous issues that must be addressed by both sides. And, the Anti-SLAPP Special Motion to Dismiss (ECF No. 75) is forty-five pages and contains four separate appendices with sixty exhibits (ECF Nos. 76-79). The briefing schedule proposed by the parties will allow both sides sufficient time to fully and professionally brief the issues raised by Dr. Freeman without interfering with the upcoming holidays.

///

///

///

///

///

///

6. This is the first request for an extension of time of the briefing schedule with respect to ECF Nos. 67, 68, and 75. This stipulation is made in good faith for the reasons outlined above and not for the purpose of delay.

DATED this 3rd day of November, 2023.

DICKINSON WRIGHT PLLC

/s/ Justin J. Bustos
JUSTIN J. BUSTOS
Nevada Bar No. 10320
jbustos@dickinsonwright.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7503
Fax: (844) 670-6009

Gabriel A. Blumberg, Nevada Bar No. 12332
Email: gblumberg@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: (702) 550-4400
Fax: (844) 670-6009

DATED this 3rd day of November, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

/s/ Abraham G. Smith
DANIEL F. POLENSBERG
Nevada Bar No. 2376
DPolsenberg@LewisRoca.com
Abraham G. Smith
Nevada Bar No. 13250
ASmith@LewisRoca.com
Lauren D. Wigginton
Nevada Bar No. 15835
LWigginton@LewisRoca.com
3993 Howard Hughes Parkway, Ste 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Fax: (702) 49-8398

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 3, 2023

3