UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MIND MEDICINE (MINDMED) INC.,<br><br>                 Plaintiff,<br>v.<br>SCOTT FREEMAN, *et al.*,<br><br>                 Defendants. | Case No. 2:23-cv-01354-MMD-EJY |
| SCOTT FREEMAN, M.D.,<br><br>                 Plaintiff,<br>v.<br>STEPHEN HURST, *et al.*,<br><br>                 Defendants. | *and related case*<br><br>Case No. 2:22-cv-01433-RFB-VCF<br><br>Reassignment Order |

Scott Freeman has moved to consolidate the above referenced cases. (ECF No. 131 in Case No. 2:22-cv-01433-RFB-VCF and ECF No. 68 in Case No. 2:23-cv-01354-MMD-EJY.) The presiding district judges have determined that these two cases are related and that there is good cause to reassign these cases to one district judge and one magistrate judge under Local Rule 42-1. Reassignment will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties. A decision on the pending motions to consolidate is deferred until after reassignment.

It is therefore ordered that Case No. 2:23-cv-01354-MMD-EJY is reassigned to District Judge Richard F. Boulware and referred to Magistrate Judge Cam Ferenbach. The Clerk of Court is directed to update Case No. 2:23-cv-01354-MMD-EJY to appear as Case No. 2:23-cv-01354-RFB-VCF.

DATED THIS 15th Day of November 2023.

_____      _____
MIRANDA M. DU                                       RICHARD F. BOULWARE
CHIEF UNITED STATES DISTRICT JUDGE   UNITED STATES DISTRICT JUDGE