**DICKINSON WRIGHT PLLC**
Justin J. Bustos, Nevada Bar No. 10320
Email:  JBustos@dickinsonwright.com
100 West Liberty Street, Suite 940
Reno, Nevada  89501-1991
Tel: (775) 343-7500
Fax: (844) 670-6009

Gabriel A. Blumberg, Nevada Bar No. 12332
Email:  GBlumberg@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: (702) 550-4400
Fax: (844) 670-6009

**COOLEY LLP**
Sarah Lightdale (pro hac vice)
Kaitland Kennelly (pro hac vice)
Amanda Liverzani (pro hac vice)
Email: slightdale@cooley.com
Email: kkennelly@cooley.com
Email: aliverzani@cooley.com
55 Hudson Yards
New York, NY 10001
Tel: (212) 479-6000
Fax: (212) 479-6275

Alexandra Rex Mayhugh (pro hac vice)
Email: amayhugh@cooley.com
Wells Fargo Center, South Tower
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071
Tel: (213) 561-3250
Fax: (213) 561-3244

*Attorneys for Plaintiff Mind Medicine (MindMed), Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MIND MEDICINE (MINDMED) INC., a British Columbia Corporation,<br><br>                                    Plaintiff,<br><br>v.<br><br>SCOTT FREEMAN, an individual and FCM MM HOLDINGS, LLC a Wyoming Limited Liability Company,<br><br>                                    Defendants. | Case No. 2:23-cv-01354-RFB-VCF<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT SCOTT FREEMAN'S MOTION TO CONSOLIDATE CASES UNDER FRCP 42(a) AND LR 42-1(b) [ECF NO. 68]**<br><br>**(Second Request)** |

1

1  Plaintiff Mind Medicine (MindMed) Inc. ("MindMed") and Defendant Scott Freeman, by and through their respective counsel of record, stipulate and agree as follows:

2. 1. On October 20, 2023, Scott Freeman filed his Motion to Consolidate Cases Under FRCP 42(a) And LR 42-1(b) (ECF No. 68) (the "Motion"). The Motion seeks to consolidate this case with *Freeman v. Hurst, et al.*, Case No. 2:22-cv-01433-RFB-VCF (hereinafter *Hurst*).

3. 2. On November 3, 2023, this Court entered an Order (ECF No. 89) on the parties' stipulation and set the briefing schedule on the Motion as follows:

    a. MindMed's opposition brief is currently due on or before December 5, 2023;

    b. Dr. Freeman's reply brief is currently due on or before January 10, 2024.

4. 3. On November 15, 2023, this case was reassigned to Judge Boulware (ECF No. 97). On November 16, 2023, MindMed filed a notice of intent to oppose Dr. Freeman's Motion to Consolidate in order to inform Judge Boulware that it intended to oppose the motion pursuant to the above briefing schedule (ECF No. 99).

5. 4. In *Hurst*, Dr. Freeman's deadline to file a Second Amended Complaint is December 6, 2023. The deadline for the defendants in *Hurst* to respond to the motion to consolidate is December 20, 2023.

6. 5. In light of the deadlines set in *Hurst*, the parties agree that the briefing schedule on the Motion to Consolidate (ECF No. 68) in the present action should be extended as follows:

    a. MindMed's opposition to the Motion shall be filed on or before December 13, 2023.

    b. Dr. Freeman's reply brief shall be filed on or before January 18, 2023.

7. 6. The parties respectfully submit that this briefing schedule is warranted in order to allow MindMed to review the Second Amended Complaint in *Hurst* and for the parties to fully brief the issues raised in the Motion to Consolidate (ECF No. 68).

/ / /

/ / /

/ / /

/ / /

2

7. This is the second request for an extension of time of the briefing schedule with respect to ECF No. 68. This stipulation is made in good faith for the reasons outlined above and not for the purpose of delay.

| | |
|---|---|
| DATED this 1st day of December, 2023. | DATED this 1st day of December, 2023. |
| DICKINSON WRIGHT PLLC | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| /s/ Justin J. Bustos<br>JUSTIN J. BUSTOS<br>Nevada Bar No. 10320<br>jbustos@dickinsonwright.com<br>100 W. Liberty Street, Suite 940<br>Reno, Nevada 89501<br>Tel.: (775) 343-7503<br>Fax: (844) 670-6009<br><br>Gabriel A. Blumberg, Nevada Bar No. 12332<br>Email: gblumberg@dickinson-wright.com<br>3883 Howard Hughes Parkway, Suite 800<br>Las Vegas, NV 89169<br>Tel: (702) 550-4400<br>Fax: (844) 670-6009 | /s/ Abraham G. Smith<br>DANIEL F. POLENSBERG<br>Nevada Bar No. 2376<br>DPolsenberg@LewisRoca.com<br>Abraham G. Smith<br>Nevada Bar No. 13250<br>ASmith@LewisRoca.com<br>Lauren D. Wigginton<br>Nevada Bar No. 15835<br>LWigginton@LewisRoca.com<br>3993 Howard Hughes Parkway, Ste 600<br>Las Vegas, NV 89169-5996<br>Tel: (702) 949-8200<br>Fax: (702) 49-8398 |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: December 12, 2023.

3