**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mind Medicine (Mindmed) Inc., <br><br> Plaintiff(s), <br><br> vs. <br><br> Scott Freeman, et al., <br><br> Defendant(s). | 2:23-cv-01354-RFB-MDC <br><br> **Order Setting Hearing on Motion to Stay Discovery (ECF No. 63)** |

The parties shall appear in person for a motion hearing on defendant FCM MM Holdings, LLC's *motion to stay discovery* (ECF No. 63) on February 14, 2024 at 10:00am in courtroom 3B.

DATED this 25th day of January 2024.

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge