**DICKINSON WRIGHT PLLC**
Justin J. Bustos, Nevada Bar No. 10320
Email:  JBustos@dickinsonwright.com
100 West Liberty Street, Suite 940
Reno, Nevada  89501-1991
Tel: (775) 343-7500
Fax: (844) 670-6009

Gabriel A. Blumberg, Nevada Bar No. 12332
Email:  GBlumberg@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: (702) 550-4400
Fax: (844) 670-6009

**COOLEY LLP**
Sarah Lightdale (pro hac vice)
Kaitland Kennelly (pro hac vice)
Amanda Liverzani (pro hac vice)
Email: slightdale@cooley.com
Email: kkennelly@cooley.com
Email: aliverzani@cooley.com
55 Hudson Yards
New York, NY 10001
Tel: (212) 479-6000
Fax: (212) 479-6275

Alexandra Rex Mayhugh (pro hac vice)
Email: amayhugh@cooley.com
Wells Fargo Center, South Tower
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071
Tel: (213) 561-3250
Fax: (213) 561-3244

*Attorneys for Plaintiff Mind Medicine (MindMed), Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MIND MEDICINE (MINDMED) INC.,  a British Columbia Corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>SCOTT FREEMAN, an individual and FCM MM HOLDINGS, LLC a Wyoming Limited Liability Company,<br><br>                              Defendants. | Case No. 2:23-cv-01354-RFB-MDC<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE ITS REPLY TO DEFENDANTS SCOTT FREEMAN'S AND FCM MM HOLDINGS, LLC'S OPPOSITIONS TO MOTION FOR ENTRY OF CONFIDENTIALITY AND PROTECTIVE ORDER (ECF NOS. 126 AND 127)**<br><br>**(First Request)** |

1

Plaintiff Mind Medicine (MindMed) Inc. ("MindMed") and Defendants Scott Freeman and FCM MM Holdings, LLC ("FCM"), by and through their respective counsel of record, stipulate and agree as follows:

1.      On February 16, 2024, MindMed filed a Motion for Entry of Confidentiality and Protective Order (the "Motion") (ECF No. 123).

2.      On March 1, 2024, Defendants Scott Freeman and FCM each filed an Opposition to the Motion. (ECF Nos. 126 and 127).

3.      MindMed's Reply in support of its Motion is currently due on March 8, 2024.

4.      In order to accommodate scheduling conflicts of MindMed's counsel and to provide sufficient time for MindMed's counsel to review the two Opposition briefs and prepare its Reply, the parties have agreed to an extension of the deadline for MindMed to file its Reply brief.

5.      The parties therefore stipulate that MindMed may have until March 18, 2024, to file its Reply in support of the Motion.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

6.      This is the first request for an extension of time for MindMed to file its Reply in support of the Motion (ECF No. 123). This stipulation is made in good faith for the reasons outlined above and not for the purpose of delay.

DATED this 7th day of March, 2024.

DICKINSON WRIGHT PLLC

*/s/ Justin J. Bustos*
JUSTIN J. BUSTOS
Nevada Bar No. 10320
jbustos@dickinsonwright.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7503
Fax: (844) 670-6009

Gabriel A. Blumberg, Nevada Bar No. 12332
Email: gblumberg@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: (702) 550-4400
Fax: (844) 670-6009

DATED this 7th day of March, 2024.

HOLLAND & HART LLP

*/s/ Robert J. Cassity*
ROBERT J. CASSITY
Nevada Bar No. 9779
ERICA C. MEDLEY
Nevada Bar No. 13959
9555 Hillwood Rive, 2nd Floor
Las Vegas, NV 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
Email:  bcassity@hollandhart.com
Email:  ecmedley@hollandhart.com

DATED this 7th day of March, 2024.

LEWIS ROCA ROTHGERBER
CHRISTIE LLP

*/s/ Abraham G. Smith*
DANIEL F. POLENSBERG
Nevada Bar No. 2376
DPolsenberg@LewisRoca.com
Abraham G. Smith
Nevada Bar No. 13250
ASmith@LewisRoca.com
Lauren D. Wigginton
Nevada Bar No. 15835
LWigginton@LewisRoca.com
3993 Howard Hughes Parkway, Ste 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Fax: (702) 49-8398

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  3-11-24

3