**DICKINSON WRIGHT PLLC**
Justin J. Bustos, Nevada Bar No. 10320
Email: JBustos@dickinsonwright.com
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Tel: (775) 343-7500
Fax: (844) 670-6009

Gabriel A. Blumberg, Nevada Bar No. 12332
Email: GBlumberg@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: (702) 550-4400
Fax: (844) 670-6009

**COOLEY LLP**
Sarah Lightdale (pro hac vice)
Kaitland Kennelly (pro hac vice)
Amanda Liverzani (pro hac vice)
Email: slightdale@cooley.com
Email: kkennelly@cooley.com
Email: aliverzani@cooley.com
55 Hudson Yards
New York, NY 10001
Tel: (212) 479-6000
Fax: (212) 479-6275

Alexandra Rex Mayhugh (pro hac vice)
Email: amayhugh@cooley.com
Wells Fargo Center, South Tower
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071
Tel: (213) 561-3250
Fax: (213) 561-3244

*Attorneys for Plaintiff Mind Medicine (MindMed), Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MIND MEDICINE (MINDMED) INC., a British Columbia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT FREEMAN, an individual and FCM MM HOLDINGS, LLC a Wyoming Limited Liability Company,<br><br>Defendants. | Case No. 2:23-cv-01354-RFB-MDC<br><br>**STIPULATION FOR TEMPORARY STAY OF CASE DEADLINES TO FACILITATE POTENTIAL SETTLEMENT**<br><br>**(First Request)** |

1

Plaintiff Mind Medicine (MindMed) Inc. ("MindMed") and Defendants Scott Freeman ("Dr. Freeman") and FCM MM Holdings, LLC ("FCM") (collectively, the "Parties"), by and through their respective counsel of record, stipulate and agree as follows:

1. MindMed and Dr. Freeman are currently conducting discovery in accordance with the Discovery Plan and Scheduling Order (ECF No. 43) entered on October 13, 2023.

2. Discovery with respect to FCM is stayed in accordance with the Court's February 14, 2024 Order (ECF No. 122).

3. On February 16, 2024, MindMed filed a Motion for Entry of Confidentiality and Protective Order (ECF No. 123). On March 1, 2024, Dr. Freeman and FCM filed oppositions to the Motion for Entry of Confidentiality and Protective Order (ECF Nos. 126, 127). MindMed's reply brief is currently due on March 18, 2024 (ECF No. 129).

4. The Parties have reached an agreement in principle to resolve this dispute and another action pending in the Southern District of New York.

5. In order to allow the Parties to focus on finalizing a definitive settlement agreement, they have agreed to a 21-day adjournment of all current case deadlines, including MindMed's reply in support of the Motion for Entry of Confidentiality and Protective Order.

6. In the event the Parties do not reach a final settlement, they will submit a proposed amended scheduling order in accordance with LR 26-3

7. In accordance with this Stipulation, MindMed's Reply brief in support of its Motion for Entry of Confidentiality and Protective Order (ECF No. 123) will be due on April 8, 2024.

///
///
///
///
///
///
///
///

8. This is the first request for a temporary stay of all case deadlines. It is the second request for an extension of time for MindMed to file its Reply in support of its Motion for Entry of Confidentiality and Protective Order. This stipulation is made in good faith for the reasons outlined above and not for the purpose of delay.

DATED this 14th day of March, 2024.

DICKINSON WRIGHT PLLC

*/s/ Justin J. Bustos*
JUSTIN J. BUSTOS
Nevada Bar No. 10320
jbustos@dickinsonwright.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7503
Fax: (844) 670-6009

Gabriel A. Blumberg, Nevada Bar No. 12332
Email: gblumberg@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: (702) 550-4400
Fax: (844) 670-6009

DATED this 14th day of March, 2024.

HOLLAND & HART LLP

*/s/ Robert J. Cassity*
ROBERT J. CASSITY
Nevada Bar No. 9779
ERICA C. MEDLEY
Nevada Bar No. 13959
9555 Hillwood Rive, 2nd Floor
Las Vegas, NV 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
Email: bcassity@hollandhart.com
Email: ecmedley@hollandhart.com

DATED this 14th day of March, 2024.

LEWIS ROCA ROTHGERBER
CHRISTIE LLP

*/s/ J. Christopher Jorgensen*
DANIEL F. POLENSBERG
Nevada Bar No. 2376
DPolsenberg@LewisRoca.com
ABRAHAM G. SMITH
Nevada Bar No. 13250
ASmith@LewisRoca.com
J. CHRISTOPHER JORGENSEN
Nevada Bar No. 5382
CJorgensen@LewisRoca.com
3993 Howard Hughes Parkway, Ste 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Fax: (702) 49-8398

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3-15-24

3