**DICKINSON WRIGHT PLLC**
Justin J. Bustos, Nevada Bar No. 10320
Email: JBustos@dickinsonwright.com
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Tel: (775) 343-7500
Fax: (844) 670-6009

Gabriel A. Blumberg, Nevada Bar No. 12332
Email: GBlumberg@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: (702) 550-4400
Fax: (844) 670-6009

**COOLEY LLP**
Sarah Lightdale (pro hac vice)
Kaitland Kennelly (pro hac vice)
Amanda Liverzani (pro hac vice)
Email: slightdale@cooley.com
Email: kkennelly@cooley.com
Email: aliverzani@cooley.com
55 Hudson Yards
New York, NY 10001
Tel: (212) 479-6000
Fax: (212) 479-6275

Alexandra Rex Mayhugh (pro hac vice)
Email: amayhugh@cooley.com
Wells Fargo Center, South Tower
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071
Tel: (213) 561-3250
Fax: (213) 561-3244

*Attorneys for Plaintiff Mind Medicine (MindMed), Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MIND MEDICINE (MINDMED) INC., a British Columbia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT FREEMAN, an individual and FCM MM HOLDINGS, LLC a Wyoming Limited Liability Company,<br><br>Defendants. | Case No. 2:23-cv-01354-RFB-MDC<br><br>**STIPULATION FOR TEMPORARY STAY OF CASE DEADLINES TO FACILITATE POTENTIAL SETTLEMENT**<br><br>**(Second Request)** |

1

Plaintiff Mind Medicine (MindMed) Inc. ("MindMed") and Defendants Scott Freeman ("Dr. Freeman") and FCM MM Holdings, LLC ("FCM") (collectively, the "Parties"), by and through their respective counsel of record, stipulate and agree as follows:

1. On March 15, 2024, this Court entered an Order on the Parties' Stipulation for Temporary Stay of Case Deadlines to Facilitate Potential Settlement (ECF No. 132). The temporary stay expires on April 5, 2024.

2. MindMed and Dr. Freeman are still finalizing the terms of a settlement agreement.

3. In order to facilitate the continued settlement negotiations, the Parties agree that the temporary stay entered on March 15, 2024 (ECF No. 132) should be extended for an additional thirty (30) days. The parties believe that this extension will assist them in finalizing and executing a settlement agreement.

4. In the event the Parties do not reach a final settlement, they will submit a proposed amended scheduling order in accordance with LR 26-3.

5. In accordance with the Parties' agreement to extend the temporary stay for thirty (30) days, the parties also agree that MindMed's Reply brief in support of its Motion for Entry of Confidentiality and Protective Order (ECF No. 123) will be due on May 8, 2024.

/ / /

/ / /

/ / /

6. This is the second request for a temporary stay of all case deadlines. It is the third request for an extension of time for MindMed to file its Reply brief in support of its Motion for Entry of Confidentiality and Protective Order. This stipulation is made in good faith for the reasons outlined above and not for the purpose of delay.

DATED this 5th day of April, 2024.

DICKINSON WRIGHT PLLC

/s/ Justin J. Bustos
JUSTIN J. BUSTOS
Nevada Bar No. 10320
jbustos@dickinsonwright.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7503
Fax: (844) 670-6009

Gabriel A. Blumberg, Nevada Bar No. 12332
Email: gblumberg@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: (702) 550-4400
Fax: (844) 670-6009

DATED this 5th day of April, 2024.

HOLLAND & HART LLP

/s/ Robert J. Cassity
ROBERT J. CASSITY
Nevada Bar No. 9779
ERICA C. MEDLEY
Nevada Bar No. 13959
9555 Hillwood Rive, 2nd Floor
Las Vegas, NV 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
Email: bcassity@hollandhart.com
Email: ecmedley@hollandhart.com

DATED this 5th day of April, 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

/s/ Abraham G. Smith
DANIEL F. POLENSBERG
Nevada Bar No. 2376
DPolsenberg@LewisRoca.com
ABRAHAM G. SMITH
Nevada Bar No. 13250
ASmith@LewisRoca.com
J. CHRISTOPHER JORGENSEN
Nevada Bar No. 5382
CJorgensen@LewisRoca.com
3993 Howard Hughes Parkway, Ste 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Fax: (702) 49-8398

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-9-24

3