DICKINSON WRIGHT PLLC
Justin J. Bustos, Nevada Bar No. 10320
Email: JBustos@dickinsonwright.com
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Tel: (775) 343-7500
Fax: (844) 670-6009

Gabriel A. Blumberg, Nevada Bar No. 12332
Email: GBlumberg@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: (702) 550-4400
Fax: (844) 670-6009

COOLEY LLP
Sarah Lightdale (pro hac vice)
Kaitland Kennelly (pro hac vice)
Amanda Liverzani (pro hac vice)
Email: slightdale@cooley.com
Email: kkennelly@cooley.com
Email: aliverzani@cooley.com
55 Hudson Yards
New York, NY 10001
Tel: (212) 479-6000
Fax: (212) 479-6275

Alexandra Rex Mayhugh (pro hac vice)
Email: amayhugh@cooley.com
Wells Fargo Center, South Tower
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071
Tel: (213) 561-3250
Fax: (213) 561-3244

*Attorneys for Plaintiff Mind Medicine (MindMed), Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MIND MEDICINE (MINDMED) INC., a British Columbia Corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>SCOTT FREEMAN, an individual and FCM MM HOLDINGS, LLC a Wyoming Limited Liability Company,<br><br>                              Defendants. | Case No. 2:23-cv-01354-RFB-MDC<br><br>**STIPULATION TO DISMISS** |

Plaintiff Mind Medicine (MindMed) Inc. and Defendants Scott Freeman and FCM MM Holdings, LLC (collectively, the "Parties"), by and through their respective counsel of record, stipulate and agree as follows:

1. The Parties have entered into a settlement that resolves all claims and issues between the parties in this matter.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Parties agree that this case should be dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED**.

DATED this 13th day of May, 2024.

DICKINSON WRIGHT PLLC

*/s/ Justin J. Bustos*
JUSTIN J. BUSTOS
Nevada Bar No. 10320
jbustos@dickinsonwright.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7503

DATED this 13th day of May, 2024.

HOLLAND & HART LLP

*/s/ Robert J. Cassity*
ROBERT J. CASSITY
Nevada Bar No. 9779
Email: bcassity@hollandhart.com
9555 Hillwood Rive, 2nd Floor
Las Vegas, NV 89134
Tel: (702) 669-4600

DATED this 13th day of May, 2024.

LEWIS ROCA ROTHGERBER
CHRISTIE LLP

*/s/ Abraham G. Smith*
ABRAHAM G. SMITH
Nevada Bar No. 13250
ASmith@LewisRoca.com
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 14, 2024